**Garland HINKLE v. UNITED STATES of America.**

**No. 2339.**

Circuit Court of Appeals, Tenth Circuit.

Oct. 27, 1941.

Hal C. Davis, of Topeka, Kan., for appellant.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on application of appellant.

**Ruby M. JUNE, Administratrix of the Estate of Eldon June, Deceased, Appellant, v. DETROIT EDISON COMPANY, Appellee.**

**No. 8671.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 17, 1941.

Bresnahan & Groefsema and John R. Rood, all of Detroit, Mich., for appellant.

Oxtoby, Robison & Hull, of Detroit, Mich., for appellee.

Before ALLEN, MARTIN, and McAL-LISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the briefs and record and the argument of counsel; and the court being of opinion that the trial court did not err in finding that no evidence of negligence on the part of the appellee was presented in the record, it is ordered that the judgment appealed from be, and it hereby is, affirmed.

**NASHVILLE TRUST COMPANY, Executor under Will of Charles M. McCabe, Former Collector of Internal Revenue for the District of Tennessee. Appellant and Cross-Appellee, v. HERFF MOTOR COMPANY, Appellee and Cross-Appellant.**

**HERFF MOTOR CO. v. NASHVILLE TRUST CO., Executor, etc.**

**Nos. 8695, 8696.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 16, 1941.

Horace Frierson, U. S. Atty., and A. O. Denning, Asst. U. S. Atty., both of Nashville, Tenn., for Nashville Trust Co., etc.

Leo Goodman and F. E. Hagler, both of Memphis, Tenn., for Herff Motor Co.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel; and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment entered in the District Court on January 12, 1940, from which Nashville Trust Company, executor, appellant and cross-appellee, prosecuted an appeal, and from which Herff Motor Company, cross-appellant and appellee, likewise prosecuted an appeal, be, and the same is, in all things affirmed.